*In re* Conferencia Judicial de Puerto Rico.

*Número:* — — — —          *Resuelto:* 21 de mayo de 1993

## RESOLUCIÓN

Con los objetivos de hallar nuevos métodos para la resolución rápida de disputas, establecer procedimientos de desvío de ciertos casos que hasta ahora tienen que ser atendidos por los tribunales y proponer cambios al Derecho puertorriqueño, se nombra el Comité Asesor de Medios de Resolución de Disputas. Éste estará integrado por las personas siguientes:

1. Hon. Ángel F. Rossy García
2. Hon. Pedro López Oliver

3. Hon. Hiram A. Sánchez Martínez
4. Lcdo. Francisco Rosa Silva
5. Lcdo. David Rivé Rivera
6. Lcdo. José A. Cuevas Segarra
7. Lcdo. José E. Otero Matos
8. Dra. Mildred E. Negrón Martínez

Este comité asesor tendrá las encomiendas siguientes:

1. Analizar y estudiar los nuevos enfoques sobre resolución de disputas que han surgido en otras jurisdicciones.

2. Recomendar nuevos procedimientos para una rápida y efectiva resolución de disputas y en los cuales la intervención de los tribunales tenga la menor injerencia posible.

3. Efectuar cualquier otra encomienda que le haga el Tribunal sobre estos extremos.

*Notifique el Secretario General del Tribunal con copia de la presente resolución a las personas designadas.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*